UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KONSTANTIN KUPFER;<br>MARGARITA KUPFER,<br><br>　　　　Debtor-Appellants,<br><br>　　v.<br><br>KARIM SALMA; ROBERT SALMA, as Trustees of the Salma Family Trust; LINDSEY S. BRUEL; RIYAD R. SALMA; LAITH K. SALMA,<br><br>　　　　Creditors-Appellees. | Case No. 3:14-cv-00668-WHO<br><br>**ORDER OF REMAND**<br><br>Re: Dkt. No. 22 |
|---|---|

　　The Ninth Circuit has vacated this court's judgment (Dkt. No. 13) and remanded the case for further proceedings. Dkt. No. 22. I now remand the case to the Hon. Dennis Montali of the United States Bankruptcy Court, to apportion the fees in accordance with the Ninth Circuit Order.

**IT IS SO ORDERED**.

Dated: January 18, 2017



WILLIAM H. ORRICK
United States District Judge